...

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS STANLEY and<br>DEBORAH STANLEY | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | Case No. 1-11-CV-083 BSM |
| | ) | |
| CHARLES CAPPS MINISTRIES, INC.;<br>DIAMOND BLUFF ESTATES, LLC;<br>CHARLES CAPPS and PEGGY CAPPS,<br>INDIVIDUALLY and AS HUSBAND<br>AND WIFE; and ANNETTE CAPPS,<br>INDIVIDUALLY | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ANNETTE CAPPS'
## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Annette Capps, by and through her counsel of record J. Mark Spradley, and Michael James King and S. Greg Pittman of Winters & King, Inc., and moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 56.1 of the Local Rules for the United States District Court for the Eastern District of Arkansas, for judgment in her favor against Plaintiffs on all of Plaintiffs' claims. In support of her Motion for Summary Judgment, Defendant Annette Capps has contemporaneously submitted a Brief in Support and an Undisputed Statement of Material Facts.

    Respectfully submitted,
    s/ S. Greg Pittman
    Michael James King, OBA #5036
    S. Greg Pittman, OBA #18450
    WINTERS & KING, INC.
    2448 East 81st St., Suite 5900
    Tulsa, Oklahoma 74137-4259
    (918) 494-6868 Telephone
    (918) 491-6297 Facsimile

        AND

        J. Mark Spradley, ABA#70066
        Attorney at Law
        8114 Cantrell, Suite 240
        Little Rock, Arkansas 72227
        (501) 537-4290 Telephone
        (501) 219-6895 Facsimile
        jmspradley@sbcglobal.net

        ATTORNEYS FOR DEFENDANTS
        DIAMOND BLUFF ESTATES, LLC and
        ANNETTE CAPPS

## **CERTIFICATE OF SERVICE**

     I, the undersigned attorney, hereby certify that on April 15, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all parties receiving electronic notice.

        s/ S. Greg Pittman
        S. Greg Pittman