

Ex.
15



Ex.
15



Ex
15

Ex.
15.1

111



EX
15-2



Lakefront Rd
353 00.1
02 09 6
5-14-9

Ex
15-3



Ex.
15.4

114



Ex.
15-5



EL.
15-7

117



Ex.
15-8

118



Lakefront Road

Ex 15-9



Ex.
15-10   120



Lakefront Road
7-22-10

Ex.
15-11

121



Lakefront Rd

7-30-10

Ex.
15-12   122



Ex.
15-13

123



Ex.
15-14      124



Ex.
15-15   125

*13*

# Garner Engineering PA

9300 Professor Drive
Little Rock, AR 72227
501-225-8181
September 6, 2009


Charles Capps
201 Lakefront Road
Quitman, AR  72131-8475


REFERENCE:        Diamond Bluff
                  Road Slide Evaluation
                  Greers Ferry Lake, AR


### INVOICE AND STATEMENT


## PROFESSIONAL SERVICES AND FEES

| | | |
|---|---|---|
| Principal Engineer | 6 hours @ $115 | $   690.00 |
| Drilling & Sampling Crew & Equipment | | |
| | 7 hours @ $120/hr | 840.00 |
| Mobilization rig | 184 miles @ $3.50 (reduced) | 200.00 |
| | | ------------ |
| | TOTAL CHARGES | |
| | $1730.00 | |

*Pd Ck 2990*
*9-12-09*

**Payment Due 15 Days From Date Of Invoice.**
**Thank You.**

*Ex.*
*16*

**134**



GARNER ENGINEERING P.A.
9300 Professor Drive
Little Rock, Arkansas 72227
Office/Fax (501) 225-8181

**COMPUTATIONS**

Job No.: _____
By: _____    Date: _____
Chkd. By: _____    Date: _____

Sheet No. _____ Of _____

**135**

**GARNER ENGINEERING P.A.**
9300 Professor Drive
Little Rock, Arkansas 72227
Office/Fax (501) 225-8181

**COMPUTATIONS**

Job No.: _____
By: _____ Date: _____
Chkd. By: _____ Date: _____
Sheet No. _____ Of _____



136



136-1

**GARNER ENGINEERING P.A.**
9300 Professor Drive
Little Rock, Arkansas 72227
Office/Fax (501) 225-8181

**COMPUTATIONS**

Job No.: _____
By: _____ Date: _____
Chkd. By: _____ Date: _____
Sheet No. _____ Of _____



SCALE 1=20'

B.2 φ

SECONDARY INCLUDE SURFACE
W/ INITIAL BACK SLOPE

PLAN OF SLIDE

DEPTHS --
HISTORICAL

136-2

GARNER ENGINEERING P.A.

# Slope Instability
# Lakefront Road
# Diamond Bluff
# Cleburne County, Arkansas

Report
To

JUDGE BRENDA HUNT
CLEBURNE COUNTY JUDGE
300 W MAIN
HEBER SPRINGS, AR 72543-3004

Little Rock, Arkansas
December 14, 2011

Ex.
17

# Garner Engineering PA

9300 Professor Drive     Little Rock, Arkansas 72227          P/F: 501-225-8181
                                                              Mobile: 501-681-1491
                                                                       501-681-1492
                                                              December 14, 2011

**To:**    Judge Brenda Hunt
           Cleburne County Judge
           300 W Main
           Heber Springs, AR 72543-3004

**From:**  Carl W Garner P.E.

**Re:**    Slope Instability
           Lakefront Road
           Diamond Bluff
           Cleburne County, Arkansas

This is the summary report of the investigation of the persistent slope instability in an east section of Lakefront Road. This limited investigation was based on our discussions and observations during site visits.

## Overview

During the historically wet years of 2008 and 2009 and subsequent thereto, the east portion of Lakefront Road and contiguous property up and down slope has experienced persistent instability. The fill section crossing a natural drainageway has been particularly prone to sliding in spite of several repair efforts by Cleburne County Road Department and others. The roadway and contiguous hillside slope instability has also disrupted utility service(s) requiring line relocation, holding tank installation and development of contingency plans for reducing service interruptions.

In response to the horizontal and vertical roadway displacement induced by hillside instability, repair efforts, to date, have included:

- The addition of crushed stone base course to maintain a serviceable roadway surface.
- Selective removal of a portion of the unstable slide mass in the right of way and replacement with various blends of imported quarry stone.
- Replacement of a failed culvert section

**198**

01/02/2012  20:29   5012258181                    GARNER ENG                          PAGE  04

- Improvement of surface drainage along the south (uphill) side of the right of way and to some extent redirection of blocked natural surface drainage on the higher undeveloped terrain.

- Relocation of utilities jeopardized or destroyed by the unstable hillside mass.

The remedial efforts within the right of way, notwithstanding, intermittent and progressive instability has persisted in the roadway, notably in the deeper culvert fill section crossing a major natural drainageway. The roadway movement is associated with contiguous upgradient instability in the colluvial hillside soils. In addition, the loose slide mass spoils excavated from the roadway during prior repair efforts remains unstable, as reflected by downslope movement, tension cracking, etc.

<u>Soil and Geologic Factors</u>

The roadway extends across colluvial/residual soils on the north flank of the high ridge generally parallel to contours. Examination of the undeveloped upgradient hillside disclosed the presence of topography reflective of a history of natural slope instability.

Construction of the road involved typical hillside procedures with generally relatively shallow cuts and fills but with deeper fill(s) across the natural drainageway, i.e. draws. It is understood that relatively minor instability had developed on the east section of the road since completion, but the massive hillside instability occurred during and subsequent to the historically wet years of 2008 and 2009.

The major area of <u>roadway</u> sliding began and continues to be in the natural drainageway. On the other hand, consequential hillside movement at higher terrain south of the R.O.W. is impacting the actual roadway performance. In addition, resistance to downhill movement has also been significantly diminished due to movement of the natural colluviums/residuum created by surcharge loads from the roadway repair spoils placed downhill (north) of the R.O.W.

To aid in evaluation of slide mass characteristics and potentially stable underlying strata in the R.O.W., two (2) auger sample borings were drilled in the natural drainageway/culvert area of Lakefront Road that has exhibited persistent instability and displacement. The relative location of the borings are shown on the Plan of Borings, Plate 1. Descriptions of soil and rock units encountered in the borings are provided on the Log of Boring, Plates 2 and 3. A key to terms and symbols used on the logs is given as Plate 4.

The borings were performed with an ATV mounted drill rig using continuous flight auger methods. Samples were obtained with the Standard Penetration Test (SPT) procedure. N-values obtained from the SPT are tabulated in the Blows Per Foot (BPF) column on the log forms. Cohesive shear strength data were obtained with a calibrated hand penetrometer. Cohesion estimates in tons per sq ft (TSF) are plotted on the boring logs with the symbol $\otimes$.

Groundwater conditions were observed during and following drilling and sampling operations. At the time of the August 2011 investigation, free groundwater was not

Diamond Bluff – Lakefront Road                                    P a g e | 3

encountered although intervals of moist saturated soils were noted.  Groundwater and related conditions are discussed further in this report.

The samples obtained were sealed in appropriate containers and transferred to the laboratory for further examination and selective testing.  Laboratory testing consisted of Atterberg Limits and insitu water content.  Laboratory test results are plotted or tabulated on the logs using the Legend in the upper right corner.

General Subsurface Conditions

As noted, the borings were located east and west of the existing culvert in the area of roadway instability.  Due to the original natural topography, a variable depth of fill was placed within the drainageway during initial road construction.  Absent specific grading information, observation suggests that the maximum thickness of fill occurs in the axis of the drainageway near and/or below the culvert.  It is understood from Cleburne County Road personnel that when the original failed culvert was replaced an indefinite depth of stone fill was placed below the pipe.

Based on conditions encountered in the two (2) roadway borings, the subsurface condition may be generalized as follows.  However, it must be emphasized that due to grading requirements, the natural soil/rock and/or fill stratigraphy within the roadway is variable.

| | |
|---|---|
| Surface: | Relatively clean crushed stone base course was encountered on the surface to depths of about 6 to 8 ins. |
| Stratum I: | Below the surface veneer, an approximately 7 ft and 5 ft interval of Fill was encountered in Borings 1 and 2, respectively.  This interval consisted of medium dense crushed stone and/or gravel with gray brown and tan sandy silt matrix.  This Fill zone exhibited N-values of 14 to 38 BPF with low water content related, in part, to the drought-like conditions. |
| Stratum II: | In Boring 1, the Fill was underlain by about 3 to 4 ft of firm to soft brown, gray and tan clayey silt and silty clay, ML-CL, CL.  This interval exhibited high water content with N-values of 7 and 4 BPF and cohesion in the range of 0.2 TSF. |
| Stratum III: | In Boring 2 stiff some firm dark brown clayey silt, ML-CL, with sandstone fragments was found from about 5 to 9 ft.  The strength decreased with depth and soil water content increase. |
| Stratum IV: | Stratum III was underlain by about 5 ft of soft to firm and stiff tan with gray silty clay, trace weathered shale, CL CH, with high soil water content.  These soils possessed variable but generally low strength within the controlling silty clay/clay portion. |
| Stratum V: | Below about 12 ft in Boring 1 and 13.5 ft in Boring 2 very stiff brown gray and tan shaley clay/clayey shale, CL, trace CH, with trace highly weathered shale was encountered.  This 4 to 5 ft thick zone of essentially decomposed shale exhibited N-values of 26 and 34 BPF |

200

01/02/2012   20:29   5012258191                    GARNER ENG                              PAGE   06

with cohesion in the range of 1 to 1.2 TSF. An apparent dip of 5 to 10 degrees was noted in the weathered shale component. The consistent bedding suggests that this and underlying Stratum VI are below the active unstable mass.

Stratum VI:   The basal rock unit encountered below the transitional Stratum V consisted of moderately soft to moderately hard dark gray shale with sandstone. This unit also exhibited an apparent dip less than 10 degrees, as noted in Stratum V, and is considered to be stable.

The conditions encountered in the borings considered to be of consequence to the Right Of Way instability are:

A. The presence of about 5 to 7 ft of moderate strength Fill comprised of blends of sandy silt, clayey silt with variable sandstone fragment content.

B. The generally low strength, high water content and remolded structure of the soft to firm slightly clayey silt to silty clay, Stratum II and III, interval found below the top Fill to depths of near 12 to 14 ft.

C. The moderate strength and "natural" structure observed in the Stratum IV shaley clay with weathered clayey shahle/shale and the underlying soft moderately soft dark gray shale, Stratum V.

These factors as well as history of instability and conditions uphill and downhill from the Right Of Way were considered in subsequent recommendations.

Conclusions and Recommendations

The stability of the R.O.W. portion of the Lakefront Road cannot be separated from the hillside conditions upslope and downslope of the roadway. Similarly, permanent routing and performance of utility elements are also substantially dependent upon conditions outside the R.O.W.

In other words, the roadway is simply a component of the hillside colluvial/residual soil mass. The movement of either upslope or downslope soil mass a.k.a. slide(s), directly impacts the roadway section. Accordingly, remedial action for improvement of roadway stability should address the historical upslope and downslope instability of the natural hillside colluvial and residual soils as well as the spoils generated by prior repairs and placed downslope of the R.O.W. The spoils were placed downslope due to the prohibitive cost of hauling to an offsite disposal area.

As noted, the instability which has and is present on the north slope hillside is judged to be a historical condition of geologic origin. The hillside topography and colluvial/residual soils reflect past sequences of naturally occurring slides, slumps and creep. The occurrence of these events is impacted by time, weather and drainage factors. Condition of the road or other development in marginally stable hillside areas may tip the balance due primarily to surcharge from fill and alteration of natural surface or subsurface drainage characteristics. Based on the performance of Lakefront Road, it is concluded that the impacts of natural and/or construction

Diamond Bluff – Lakefront Road                                          P a g e | 5

related factors were exacerbated by the prolonged heavy rainfall of 2008-2009. The extended rainfall resulted in increased volume of downgradient groundwater flow with concurrent saturation, reduction of soil strength and loss of marginal stability in the historically natural hillside colluvial and residual soils and latent slide masses.

The land forms created by hillslide slides/sloughs further disrupt both surface and groundwater movement accelerating and expanding slope instability. During historically wet 2008-2009, the instability expanded in the developed (graded) R.O.W., and natural non-developed areas of the steeper north slope in Diamond Bluff development as well as similar topo/geologic north slope terrain on tracts to the east and west. The expansion of upslope instability is of particular importance to selection and initial cost of stabilization procedures within the R.O.W. as well as performance potential and type and cost of future maintenance requirements. Clearly, removal of all slope areas of eminent or active instability as is not feasible.

<u>Remedial Action</u>

It is concluded that the corrective action concept offering reasonable cost effectiveness and performance potential would consist of the following:

A) Removal of the unstable roadway mass to the depth required to reach stable, intact shale bedrock. It is essential that this interval be removed to at least 2 ft into stable shale bedrock as identified during the excavation process. The stable insitu shale is anticipated to exhibit a well defined low angle dip.

B) Reconstruction of a stable roadbed. The replacement fill should consist either of free draining "shot rock" protected on at least the upgradient, i.e. south side, by a filter fabric to prevent soil migration into the voids. The shot rock should be reasonably well graded with a maximum particle size on the order of 12 ins.

C) The intact shale exposed in the base of the removal area should be benched (stepped) to form essentially flat surfaces for placement of the stone fill. The geotextile fabric should be placed full height on the south side (uphill) of the excavation and the stone placed in hard contact with the sides of the excavation. Since groundwater will accumulate in the open graded stone mass, finger drains should extend downslope toward the lake to allow internal drainage. The finger drains may consist of the larger stone or a smaller stone, i.e. 3 to 4 ins. stone. The drain stone should be <u>fully encapsulated</u> in filter fabric such a Mirafi 140 N or equivalent nonwoven fabric.

D) Based on conditions encountered in the two (2) borings and observations, it is anticipated that removal depths would vary from 8 to 17 ft or possible deeper in the throat of the draw (present culvert alignment). The base width of the excavation is expected to be on the order of 25 to 30 ft depending upon depth and conditions encountered. It is estimated from roadway performance that the total volume of removal/replacement of the <u>primary area</u> of persistent R.O.W. instability in the natural drainageway could be on the order of 700 to 1000 cu yds cross section volume.

Diamond Bluff – Lakefront Road

Page | 6

E) As with prior repair efforts, disposal of spoils removed from the excavation is a major factor in both time and cost. Further disposal of spoils downslope (lake ward) of the R.O.W. is not recommended. It is understood that an alternate spoil disposal area may be obtained off the lower section of Lakefront Road west of the work area. However, it is recommended that the potential impact of spoil disposal on stability of the natural soil/rock underlying disposal area be reviewed prior to usage.



LAKE

NORTH
N.T.S.

EXCAVATION
SPOILS
AREA

B-2

18'±

15'±   B-1

**PLAN OF BORINGS**
LAKEFRONT ROAD
DIAMOND BLUFF DEVELOPMENT
CLEBURNE COUNTY, ARKANSAS

GARNER ENGINEERING PA

PLATE 1

**204**

01/02/2012  20:29  5012258181  GARNER ENG  PAGE  10



## LOG OF BORING NO 1
### LAKEFRONT ROAD
### DIAMOND BLUFF DEVELOPMENT
### CLEBURNE COUNTY, ARKANSAS

Type: AUGER/SPT                    Location:  SEE PLATE 1

| DEPTH, FT | SYMBOL | SAMPLES | DESCRIPTION OF MATERIAL | BLOWS PER FT |
|---|---|---|---|---|
| | | | SURF EL: | |
| | | | MEDIUM DENSE CRUSHED STONE WITH GRAY SANDY SILT MIXTURE, DRY | 22 |
| | | | | 19 |
| | | | — MORE GRAYISH BROWN SLIGHTLY CLAYEY SILT, DRY | 13 |
| 5 | | | | 14 |
| | | | LOOSE BROWN SLIGHTLY CLAYEY SILT, ML, AND SANDSTONE GRAVEL, WET | 7 |
| 10 | | | SOFT GRAY AND TAN SILTY CLAY, CL, WET | 4 |
| | | | STIFF TAN AND GRAY SILTY CLAY, CL (DECOMPOSED SHALE) | 25 |
| | | | — WITH WEATHERED SHALE FRAGMENTS AND SOFT GRAY CLAY SEAMS, MOIST | 26 |
| 15 | | | VERY STIFF BROWN AND GRAY SHALEY CLAY TRACE HIGHLY WEATHERED SHALE APPARENT DIP 5 DEGREES | |
| | | | — WITH TAN FERROUS INCLUSIONS, TRACE ROOTS | |
| | | | MODERATELY SOFT DARK GRAY SHALE | |
| 20 | | | | 50 – 1 INS |
| 25 | | | | 50 - NO PENETRATION |

COHESION, TON/SQ FT
0.2  0.4  0.6  0.8  1.0  1.2  1.4
UNIT DRY WT  LBS/CU FT
PLASTIC LIMIT   WATER CONTENT, %   LIQUID LIMIT
10   20   30   40   50   60   70
- NO 200, %

COMPLETION DEPTH: 25.0 FT.          DEPTH TO WATER
DATE: 8-15-11                       IN BORING:  NO WATER @ 12 HRS      DATE: 8-16-11

**GARNER ENGINEERING PA**                                              PLATE 2

**205**



**LOG OF BORING NO 2**
LAKEFRONT ROAD
DIAMOND BLUFF DEVELOPMENT
CLEBURNE COUNTY, ARKANSAS

Type: AUGER/SPT     Location: SEE PLATE 1

| DEPTH, FT | SYMBOL | SAMPLES | DESCRIPTION OF MATERIAL | BLOWS PER FT | UNIT DRY WT LB/CU FT |
|---|---|---|---|---|---|
| | | | SURF EL: | | |
| | | | CRUSHED STONE | | |
| | | | MEDIUM DENSE BROWN AND TAN SANDY SILT AND GRAVEL, DRY | 38 | |
| | | | — MOSTLY DARK BROWN, DRY | 50 – 4 INS | |
| 5 | | | — TRACE BURNT WOOD, DRY | 22 | |
| | | | STIFF TO FIRM DARK BROWN CLAYEY SILT, ML-CL, WITH SANDSTONE FRAGMENTS, MOIST | 14 | |
| | | | | 10 | |
| 10 | | | SOFT SOME FIRM TAN WITH GRAY SILTY CLAY, CL, WET, WITH DARK GRAY WEATHERED SHALE FRAGMENTS | 16 | |
| | | | — MORE HIGHLY WEATHERED SHALE, MOIST | 22 | |
| 15 | | | VERY STIFF BROWN AND TAN SHALEY CLAY/CLAYEY SHALE WITH FERROUS PARTINGS APPARENT DIP < 10 DEGREES | 34 | |
| | | | MODERATELY SOFT DARK GRAY SHALE APPARENT DIP < 10 DEGREES | 94 – 11 INS | |
| 20 | | | | 50 – NO PENETRATION | |
| 25 | | | | | |

COHESION, TON/SQ FT: 0.2  0.4  0.6  0.8  1.0  1.2  1.4
PLASTIC LIMIT / WATER CONTENT, % / LIQUID LIMIT: 10  20  30  40  50  60  70
- NO 200, %

COMPLETION DEPTH: 21.0 FT     DEPTH TO WATER
DATE: 8-16-11     IN BORING: NO WATER     DATE: 8-16-11

GARNER ENGINEERING PA     PLATE 3

**206**

# SYMBOLS AND TERMS USED ON BORING LOGS

## SOIL TYPES
### (SHOWN IN SYMBOL COLUMN)

Gravel    Sand    Silt    Clay
          Predominant type    shown heavy

## SAMPLER TYPES
### (SHOWN ON SAMPLES COLUMN)

Shelby    Rock    Split    No
Tube      Core    Spoon    Recovery

## TERMS DESCRIBING CONSISTENCY OR CONDITION

COARSE GRAINED SOILS (major portion retained on No. 200 sieve). Includes (1) clean gravels and sands, and (2) silty or clayey gravels and sands. Condition is rated according to relative density, as determined by laboratory tests.

| DESCRIPTIVE TERM | N–VALUE | RELATIVE DENSITY |
|---|---|---|
| VERY LOOSE | 0-4 | 0-15% |
| LOOSE | 4-10 | 15-35% |
| MEDIUM DENSE | 10-30 | 35-65% |
| DENSE | 30-50 | 65-85% |
| VERY DENSE | 50 And above | 85-100% |

FINE GRAINED SOILS (major portion passing No. 200 sieve). Includes (1) inorganic and organic silts and clays, (2) gravelly, sandy, or silty clays, and (3) clayey silts. Consistency is rated according to shearing strength, as indicated by penetrometer readings or by unconfined compression tests.

| DESCRIPTIVE TERM | UNCONFINED COMPRESSIVE STRENGTH TON / SQ. FT. |
|---|---|
| VERY SOFT | Less than 0.25 |
| SOFT | 0.25 - 0.50 |
| FIRM | 0.50 - 1.00 |
| STIFF | 1.00 - 2.00 |
| VERY STIFF | 2.00 - 4.00 |
| HARD | 4.00 and higher |

NOTE: Slickensided and fissured clays may have lower unconfined compressive strengths than shown above, because of planes of weakness or cracks in the soil. The consistency ratings of such soils are based on penetrometer readings.

## TERMS CHARACTERIZING SOIL STRUCTURE

SLICKENSIDED — having inclined planes of weakness that are slick and glossy in appearance.

FISSURED — containing shrinkage cracks, frequently filled with fine sand or silt, usually more or less vertical.

LAMINATED — composed of thin layers of varying color and texture.

INTERBEDDED — composed of alternate layers of different soil types.

CALCAREOUS — containing appreciable quantities of calcium carbonate.

WELL GRADED — having wide range in grain sizes and substantial amounts of all intermediate particle sizes.

POORLY GRADED — predominantly of one grain size, or having a range of sizes with some intermediate sizes missing.

Terms used in this report for describing soils according to their texture or grain size distribution are in accordance with the UNIFIED SOIL CLASSIFICATION SYSTEM, as described in Technical Memorandum No.3-357, Waterways Experiment Station, March 1953.

# ENGINEERING REPORT

## LAKEFRONT ROAD INSTABILITY



Prepared for

## JAMES and RUTH MITCHELL

By

## Oren Noble, P.E.
## Noble Engineering, Incorporated
166 Harrison Chapel Road
Beebe, Arkansas 72012

JUNE 11, 2012





Ex. 18

229

# Noble Engineering Incorporated

June 11, 2012

James and Ruth Mitchell
1191 Lakefront Road
Quitman, AR 71854

Re: Slope Instability on Lakefront Road

Dear Mr. and Mrs. Mitchell,

Enclosed you will find a copy of the Engineering report for the above referenced project. The report includes a preliminary design to correct the instability and my opinion of the due diligence of the developer when constructing the roadway. An opinion of probable construction costs is included in the report. Documents and data utilized in writing the report are included in the appendices.

Should you have any questions, please call or email me.

Respectfully Submitted,
Noble Engineering, Inc.

Oren Noble, P.E.
President

230

## SLOPE INSTABILITY - LAKEFRONT ROAD
## DIAMOND BLUFF ESTATES

### *OVERVIEW*

Lakefront Road failed during rainfall events in the spring of 2009. The failure occurred on the east portion of Lakefront Road. The slope up and down from Lakefront Road experiences persistent instability during wet weather conditions. The Cleburne County Road department has made an effort to repair the road. The road is currently passable by vehicle. However, the roadway still experiences cracking and shifting which renders the road very rough and unpleasant to drive over. The roadway is prone to slide despite the repairs made by the County. The home owners to the ease of the failure didn't have access to their homes by vehicle when the failure occurred and when the county was repairing the roadway. A geotechnical report by Garner Engineering was performed in December of 2011. A copy of the report is included in the appendix. Per the geotechnical report, the repair efforts included additional crushed stone base course, selective removal of unstable material and placement of quarry stone, replacement of a failed culvert section, improvement of surface drainage uphill of the roadway and redirection of blocked natural surface to some extent, and relocation of utilities. During a site visit in April 2012, the native trees were cut down on the uphill side of the right of way per Mr. Garner. The wastewater and water service for the homes east of the slide has been altered and disrupted due to the failure. The temporary solution for utilities required the services to be on top of the ground or in shallow trenches. Sanitary sewer required holding tanks until a pumper truck could access the property. The water service is interrupted in winter due to freezing.

**231**

SLOPE INSTABILITY - LAKEFRONT ROAD
DIAMOND BLUFF ESTATES

### *LAKEFRONT ROAD DESIGN*

A topographic survey was completed in May 2012. The survey included the entire roadway that was graveled and where instability occurred. From the topographic survey, a preliminary design was completed. The design included 4 sheets. A plan, plan/profile, and two cross section sheets. The design was in accordance with the Cleburne County Standards for Roadway Design, Arkansas Highway and Transport Department Standard Specifications for Highway Construction, and Ten State Standards for Water and Sewer. Sheet 1 is the plan sheet and shows the topography including the contours, roadway, proposed water and sewer, and notes for construction. The design utilized the existing horizontal alignment with the profile for vertical alignment as indicated on Sheet 2. Sheet 2 provides the vertical alignment with the profile of the proposed roadway. A new 12" Reinforced Concrete Pipe (RCP) at station 0+80 and the replacement of the existing 30" culvert with a new 30" RCP is recommended. The typical cross section incorporates the recommendations of the geotechnical engineer per the aforementioned report with changes to remedial action items B and C. The geotechnical engineer recommends using "shot rock". Shot rock is produced at the quarry by shooting or dynamiting the rock in place and is exactly what the name states. Mr. Garner recommends using finger drains and encapsulating the drains fully by a non-woven fabric. I recommend using b-stone and rip rap in lieu of shot rock and encapsulating the b-stone/rip rap combination with a non-woven fabric. The b-stone, rip rap, and filter fabric combination will allow ground water to flow through the media without having fines migrate into the stone backfill. Allowing the groundwater to flow through the media will relieve pressure and break the contiguous weak stratum identified in Mr. Garner's report. The b-stone will fill the large voids between the rip rap and provide a more uniform surface for the placement of the base course (class 7). The roadway is 20' wide with 4' shoulders on each side. The drainage ditch on the uphill side is per the County roadway requirements. Sheet 3 and 4 show each cross section every 50'. The cross sections show the existing and proposed surface. The grading and erosion control will be imperative to provide a stable finish grade which will minimize soil loss. The proposed water and sewer service is on the north and south side of the roadway respectively. Temporary measures for utilities will have to be implemented prior to commencing the roadway construction. Class VII base course with 1-1/2" of Asphalt is included in the design. An average depth of 12' was assumed in the calculations of

**232**

## SLOPE INSTABILITY - LAKEFRONT ROAD
## DIAMOND BLUFF ESTATES

rip rap, filter fabric, and spoil removal, per the geotechnical report. The width of excavation is per the Cleburne County standard specification as well as the geotechnical report by Garner Engineering. The depth could be less in some areas and deeper at the 30" culvert location. The table below is the opinion of probable construction costs for the design. Arkansas Highway and Transportation Department weighted averages, bid tabulations, and knowledge of construction was used in determining the costs.

| TABLE I | | | | | |
|---|---|---|---|---|---|
| OPINION OF PROBABLE CONSTRUCTION COSTS | | | | | |
| ITEM # | DESCRIPTION | UNIT | QUANTITY | UNIT PRICE | ITEM COST |
| 1 | Mobilization | Lump Sum | 1 | $50,000.00 | $50,000.00 |
| 2 | Spoil Removal | Cubic Yards | 6,835 | $3.85 | $26,314.75 |
| 3 | Filter Fabric | Square Yards | 46,216 | $2.79 | $128,942.64 |
| 4 | Rip Rap | Cubic Yards | 6,835 | $57.54 | $393,285.90 |
| 5 | Class VII Base | Tons | 917 | $19.53 | $17,909.01 |
| 6 | 1-1/2" Asphalt | Tons | 141 | $75.00 | $10,575.00 |
| 7 | Erosion Control | Square Yards | 30,760 | $1.00 | $30,760.00 |
| 8 | Sanitary Sewer | Linear Feet | 819 | $10.00 | $8,190.00 |
| 9 | Water | Linear Feet | 819 | $10.00 | $8,190.00 |
| 10 | 12" Culvert | Linear Feet | 30 | $32.00 | $960.00 |
| 11 | 30" Culvert | Linear Feet | 30 | $67.57 | $2,027.10 |
| 12 | Trench Safety | Lump Sum | 1 | $50,000.00 | $50,000.00 |
| *TOTAL* | | | | | *$727,154.40* |

The above table shows the construction to be costly. Removing the spoil material by track hoe and dump truck will be time consuming. The slope of Lakefront Road in certain areas will pose an issue with loaded trucks. The inconvenience to home owners during construction will be lengthy.

## SLOPE INSTABILITY - LAKEFRONT ROAD
## DIAMOND BLUFF ESTATES

### *CONCLUSION*

After reviewing the geotechnical report and subsequent site visits, it is my professional opinion that the developer failed to properly construct the roadway in the failed area. The area has a history of natural slope instability. Mr. Garner noted the topography in his report. The construction of the roadway involved using equipment to clear and grub the right of way, place fill in low areas, cut material from high areas, and complete the finish surface with a base of aggregate and asphalt surface. In designing a roadway in areas known to have issues with slope instability, the developer should have conducted site visits and procured the services of a Geotechnical Engineer. To my knowledge, the developer didn't procure the services of an Engineer or Geotechnical Engineer. The Geotechnical Engineer would have provided soil borings for the proposed roadway. The logs would have shown the weak stratums as outlined in Mr. Garner's report. Since the area uphill from the roadway failure has historically slid, the developer would have had the knowledge to construct the roadway utilizing sound engineering.

To my knowledge, the plat was signed by a surveyor and not an Engineer. This would leave me to believe the developer didn't have an Engineer design the subdivision. I have personally seen developers use a surveyor to provide a plat for a subdivision, then use the plat to construct the roadway, install utilities, and develop the property. The developers use internal resources to construct the subdivision. From discussions and knowledge regarding the original construction, it is my professional opinion and judgment that the developer did not follow due diligence in developing this property. The developer decided to be the Engineer and contractor for Diamond Bluff Estates.

It is also my professional opinion and judgment that the developer should repair the roadway at no cost to the residents and county. If the roadway would have been constructed properly, then the failure would have not occurred and the plaintiffs would not be seeking litigation to resolve this dispute.

**234**

# Noble Engineering Inc.

Oren Noble
166 Harrison Chapel Road
Beebe, AR 72012
Phone 501-352-0346

**DATE:** June 10, 2012
**INVOICE #** 01
**FOR:** *James & Ruth Mitchell*

**Bill To:**
James and Ruth Mitchell
1191 Lakefront Road
Quitman, AR 72131-8471
Phone: 501-590-1798 or 501-590-8840

| DESCRIPTION | AMOUNT | |
|---|---|---|
| Topographic Survey | $ | 992.50 |
| Engineer Intern/Technician (Drafting) - 6 hours at $55/hr | $ | 330.00 |
| Preliminary Roadway Design - 20 hours at $90/hr | $ | 1,800.00 |
| Preliminary Report - 8 hours at $90/hr | $ | 720.00 |
| **TOTAL** | $ | 3,842.50 |

**Make all checks payable to Oren Noble**
If you have any questions concerning this invoice, contact Oren Noble (501-352-0346)

**THANK YOU FOR YOUR BUSINESS!**

235

Re FW Lakefront road slide, Ruth, Bill S.
Debbieanddoug@comcast.net

From: Ruth Mitchell [mailto:mvllc@swbell.net]
Sent: Friday, May 27, 2011 1:59 PM
To: 'Doug and Debbie'
Subject: RE: Lakefront road slide


Ruth Mitchell
Cell: 501-590-8840
E-mail: mvllc@swbell.net

Hi neighbors. Forgive me for taking so long to respond. Yes, there is a serious slide. Our water
and sewer lines have been above ground for 2 years now. The developer and the county have
done little to restore the situation. We can still get to our house, but our resale value is nil.

The assessment for the sewer is yet another matter. Most of the neighbors did not pay the extra
money. The developer, now that the plant is old and not meeting requirements by the ADEQ,
wants the "Improvement District" to take over responsibility of the operation.

I don't know what side of the slide your property is on, but there is a mailing list you would
probably like to be on. Contact Bill Shumann: wjshumann@gmail.com to get on the list.

Hope to meet you sometime.

Ruth



Hi Ruth,

My name is Doug Stanley.  My wife Debbie and I own Lot 153 on Lakefront Road in Diamond
Bluff.  We purchased the lot in the spring of 2006, and have not yet built anything on it.

I have been exchanging emails with Dave Hill at Brawley Real Estate this morning, and he
informed us that there was a landslide on the road, about 2 years ago (?).

We were aware of a sewer line problem (we received a request for extra $, which we sent), but
we were not aware of a landslide that caused problems with the road and some homes on the
street.

When I looked on-line for information about a landslide, I see stories and photos of a slide in
2005 near Stevens Point / Fairfield Bay, but I did not find any news of a recent slide on
Lakefront Road.

Page 3

Ex.
19

TF 137

091

Re FW Lakefront road slide, Ruth, Bill S.

Dave suggested that I contact you about the issue, that you knew the most about the problem.

Whenever you might have a chance, .. we would really appreciate any information you could pass
on, and also getting your thoughts on the situation there.

Thanks in advance, for your time,
Doug


Doug & Debbie Stanley
Warrenville, IL

PLTF 138

092

Re FW Lakefront road slide, Ruth, Bill S.

From:    Bill Shumann [wjshumann@gmail.com]
Sent:    Tuesday, May 31, 2011 2:01 PM
To:      Doug and Debbie
Subject:       Re: FW: Lakefront road slide

Doug, I am not in agreement with Ruth's comments in the attached e-mail. She is a dear
friend however.

There have been about six slides on the mountainsides at various points around the lake. Most
of these appear to date back to a very high rainfall (11" in eight hours) that we had in the spring
of 2008. The slide on Lakefront Road has been repaired but the damaged section of the road has
not been repaved as there is still some ground movement. The water and sewer pipes are above
ground due to the movement to avoid line breakage. We expect to have the lines back under
ground soon.

The neighbors are not happy about having to drive over the unpaved section due to dust,
bumps, etc. The road is completely passable - just a little inconvenient. The County Highway
Department comes out to grade and put gravel on the road every few weeks. We also have a full
time man who works for Diamond Bluff Estates who helps out with the road and the water and
sewer lines as required.

The landslide has hurt resale values in the area but it has not taken them to "nil". We are
working with the County Judge to get the road paved and this is expected to happen after we
have some dry weather for a spell. Resale values will come back when this is all fixed. There are a
lot of very expensive houses at and beyond the landslide area - construction on two high end
houses were recently finished.

All of us still love the area and intend to stay here. We are working together to resolve the
issues.

The water treatment plant is part of a Diamond Bluff Property Owner's Improvement District
that dates back to 1983. This was set up by the Developer, Charles Capps, and It has been owned
by the property owners since that time as outlined in State of Arkansas law. Mr. Capps
subsidized the operation of the facility up until this year and the property owners are now being
asked to contribute so the plant will meet new (higher) federal standards required to maintain
clean lake water. Mr. Capps is seriously ill and is much less involved in the development. We do
not expect any more lots to be platted on Lakefront Road.

About 85% of the property owners have paid the special assessment to date. The funds
generated are being used for engineering work required for updating the water treatment
plant and to some extent for maintenance. We will be collecting the delinquent
Page 1

PLTF 139

093

Re FW Lakefront road slide, Ruth, Bill S.

assessments in the
near future as mandated by law. Assessment non payment is just like non payment of property
taxes. The folks that have not paid just have to get over the fact that Charles
Capps is no longer
subsidizing the facility. Everything Mr. Capps is doing is above board and within
the law. We
have three Commissioners who now manage the facility for Cleburne County Arkansas. The
Commissioners are Diamond Bluff property owners who live on Lakefront Road. These are non
paying jobs.

The water treatment plant updates will be financed over a long term basis in order to reduce
the need for property owner's assessments.
Based on other developments in the area, Diamond Bluff water treatment costs are and will
continue to be relatively low.

I will be pleased to add you to our distribution list for Diamond Bluff
Property Owners. I
need a telephone number where you can be reached - some of the property owners list telephone
numbers for both spouses. I can list an e-mail for Debbi if you want. You need to agree not to
share the contact information with anyone outside Diamond Bluff and we ask that you set up a
distribution list for Diamond Bluff in your computer so you can pose questions and/or raise issues
with the group as we now are doing. We send out updates and notices as appropriate and try to
keep the e-mail traffic low.

I hope to meet you all one of these days. If you have questions and would prefer to discuss
them over the phone, call 501-825-6516.

My wife Judy and I own the next to last house on Lakefront Road. We are well past the slide
area and live next to Ruth and Mitch.

Regards.

Bill Shumann


On Tue, May 31, 2011 at 8:42 AM, Doug and Debbie <debbieanddoug@comcast.net> wrote:
Hi Bill,

Can you please add us to your mailing list, per Ruth's suggestion below.  We are trying to
understand what is happening now in the area, so getting any previous messages that were sent
out would be much appreciated.  We don't have much information at all, but understand that
there are several problems on Lakefront road.

Thanks,
Doug Stanley
Cell 630.235.6595

Page 2

PLTF 140

Re FW Lakefront road slide, Bill S, other comissioners
From:   Bill Shumann [wjshumann@gmail.com]
Sent:   Wednesday, June 01, 2011 10:45 AM
To:     Doug and Debbie
Subject:         Re: FW: Lakefront road slide

We should be available on June 24th. Let us know your ETA.

Charles Capp's daughter, Annette Capps, lives in Oklahoma and she has been handling most
of the Diamond Bluff accounting and correspondence for the past several years due to Charles'
illness. We have now taken part of this work over and I am the Treasurer and a Commissioner for
the Diamond Bluff Property Owner's Improvement District. Charles resigned as a Commissioner
due to health reasons.
The other two Commissioners are Lance Berryhhill and Carl Samules who are property owners as
well.

If you have any additional questions, please send them to me. Feel free to communicate
directly with Lance or Carl as well.

I will add you and Debbie to the listing and will send it to you this afternoon.

Regards.

Bill


On Tue, May 31, 2011 at 3:36 PM, Doug and Debbie <debbieanddoug@comcast.net> wrote:
Bill, thank you very much.  We are trying to understand the situation and current status, and this is
more information than we have been able to obtain in a month or two - much appreciated.  We
contacted 4 or 5 different real estate broker firms in the area a month or so ago,
to try to find out
what happened and what is currently going on, but we have not had much reply at all.  I have also
not been able to find any information about the Lakefront Road slide on-line.  I also checked the
Diamond Bluff facebook page a few weeks ago but it seems that is not really being used.

We did get the request for additional funds from Diamond Bluff.  I originally responded to that
request (from Oklahoma) with a letter and list of questions Debbie and I have, but we never did
receive any reply to our letter or our questions.   After a little while, we did then send the extra
money as requested, even though we got no response to our questions.

I have not been able to travel over the past month, but we are going to come visit on June 23rd and
24th.   If you are available, it would be great to meet you and chat a little over coffee or lunch -
please let us know if you might be available and would have some time to talk on Friday June 24th.


Thanks again,

PLTF 141

095



**A R K A N S A S**
Department of Environmental Quality

## MEMORANDUM

TO:              Eric Fleming, Field Services Branch Manager

THROUGH:   Dale Washam, Water Division Inspector Supervisor

FROM:          Mike Kennedy, Water Inspector District 11

DATE:          August 13, 2010

SUBJECT:    Gas Fracing Damage, Lakefront Road Site (Cleburne County)

On August 12, 2010, the Inspector arrived at the site and observed a cleared area on both sides of Lakefront Road. The south or uphill side of the road was approx. 125-150 yards long and cleared to bare ground uphill from the road for approx. 90-100 feet. The downhill or north side of the road was approx. the same distance in length and approx. 100 yards or so downhill. This area was also cleared to bare ground. Greers Ferry Lake is located approx. 600 feet or more from where the cleared area stops. The mountain side had broken loose and shifted downhill, because power lines had been moved as well as water and sewer lines.

On the uphill side of Lakefront Road coming from above the cleared area, the Inspector observed at least 4 areas where water was seeping down the mountain. The Inspector climbed up the mountain side to get a closer look at the seeps. The water appeared clear with no odor or discoloration. The Inspector determined the water to be seep water from the mountain and was not able to determine if the water was associated with the gas wells being drilled on top of the mountain.

This situation has already been addressed by the Arkansas Oil and Gas Commission performing 3 separate tests of the water around this area and did not find any violations of water quality standards for Oil and Grease, Chlorides and Total Dissolved Solids as stated by Mr. Jay Hansen, of the Arkansas Oil and Gas Commission.

The cleared areas both uphill and downhill off of Lakefront Road had no Best Management Practices (BMP's) installed to prevent any erosion or sediment from washing toward Greers Ferry Lake. When sediment runoff occurs from the site than this would be a violation of the Arkansas Water and Air Pollution Control Act (8-4-217) a, 2.

According to Mr. Hank Verser, Cleburne County Road Foreman, sometime in the past part of the mountain started sliding downhill and pushed down power lines. The local power company Rural Electric Cooperative of Arkansas had to cut trees on the uphill side of Lakefront Road to install new power poles. The Cleburne County Road Department had to clear and slope up the hillside to install new water lines when the slide tore apart existing water lines. The sloping also had to be done to repair the county road that had been covered over by the slide.

Mr. Charles Capps owns the property on both the uphill and downhill sides of Lakefront Road where the slide and cleared areas are located. Mr. Capps did not perform any of the work clearing the ground.

Ex.
20

PLTF 119

158

Gas Fracing Damage, Lakefront Road Site
August 13, 2010
Page 2

Pictures are attached to this Memo and Complaint Investigation.

Addresses and telephone numbers:

Property Owner:              Address:  201 Lakefront Road, Quitman, AR 72131
Charles Capps                Contact:  501-842-2576

Tree Cutting:
First Electric Cooperative of Arkansas   Address:  Heber Springs, Arkansas   (Cleburne County)

Installation of water lines, clearing and sloping of hillside
Cleburne County Road Department        Address:  Heber Springs, Arkansas   (Cleburne County)
Claude Dill, Cleburne County Judge     Contact:  501-362-8141



**Water Division NPDES Photographic Evidence Sheet**

| Location: | Approx. 6 miles southwest of Greers Ferry, AR. off Highway #16 on Lakefront Road   (Cleburne County) | | | | |
|---|---|---|---|---|---|
| Photographer: | Mike Kennedy | | | Witness: | None |
| Photo # | 1 | Of | 13 | Date: | 8-12-10 | Time: | 1226 |
| Description: | This view is looking east at the beginning of the slide on both sides of the road (Lakefront Road).  Greers Ferry Lake is located at the bottom of the mountain on the north side of the road. | | | | |

| Photographer: | Mike Kennedy | | | Witness: | None |
|---|---|---|---|---|---|
| Photo # | 2 | Of | 13 | Date: | 8-13-10 | Time: | 1226 |
| Description: | This view is looking one area of the slide on the south or uphill side of the mountain.  Note shifted ground and temporary water lines installed after one of the slides cut off the other lines. | | | | |

| Water Division NPDES Photographic Evidence Sheet | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Location:** | Approx. 6 miles southwest of Greers Ferry, AR. off Highway #16 on Lakefront Road   (Cleburne County) | | | | | | |
| **Photographer:** | Mike Kennedy | | | **Witness:** | None | | |
| **Photo #** | 3 | **Of** | 13 | **Date:** | 8-12-10 | **Time:** | 1202 |
| **Description:** | Another view of the uphill side of the mountain a little farther east from picture #2.  Note more obvious picture of sliding hillside. | | | | | | |



| **Photographer:** | Mike Kennedy | | | **Witness:** | None | | |
|---|---|---|---|---|---|---|---|
| **Photo #** | 4 | **Of** | 13 | **Date:** | 8-12-09 | **Time:** | 1158 |
| **Description:** | This view is looking from the opposite direction from east to west.  The cleared area covers approximately 90 - 100 feet uphill to the south and approximately 125-150 yards in length. | | | | | | |

### Water Division NPDES Photographic Evidence Sheet

| Location: | Approx. 6 miles southwest of Greers Ferry, AR. off Highway #16 on Lakefront Road   (Cleburne County) | | | | |
|---|---|---|---|---|---|
| Photographer: | Mike Kennedy | | Witness: | None | |
| Photo # | 5 | Of | 13 | Date: | 8-12-10 | Time: | 1157 |
| Description: | Another view of picture #4.  Note sliding of bank downhill even above the cleared bank. | | | | |



| Photographer: | Mike Kennedy | | Witness: | None | |
|---|---|---|---|---|---|
| Photo # | 6 | Of | 13 | Date: | 8-12-10 | Time: | 1234 |
| Description: | This view shows one of the seeps areas coming off of the mountain.  The water was clear with no odor. | | | | |

PLTF 123

**Water Division NPDES Photographic Evidence Sheet**

| Location: | Approx. 6 miles southwest of Greers Ferry, AR. off Highway #16 on Lakefront Road  (Cleburne County) | | | | | |
|---|---|---|---|---|---|---|
| **Photographer:** | Mike Kennedy | | | **Witness:** | None | |
| **Photo #** | 7 | **Of** | 13 | **Date:** | 8-12-10 | **Time:** | 1235 |
| **Description:** | This view shows another seep area from the mountain slowly flowing downhill. | | | | | |



| **Photographer:** | Mike Kennedy | | | **Witness:** | None | |
|---|---|---|---|---|---|---|
| **Photo #** | 8 | **Of** | 13 | **Date:** | 8-12-10 | **Time:** | 1201 |
| **Description:** | This view taken a little farther west from picture #7 shows another seep flowing downhill. Note temporary water line installed. | | | | | |

**Water Division NPDES Photographic Evidence Sheet**

| Location: | Approx. 6 miles southwest of Greers Ferry, AR. off Highway #16 on Lakefront Road   (Cleburne County) | | | | | |
|---|---|---|---|---|---|---|
| Photographer: | Mike Kennedy | | | Witness: | None | |
| Photo # | 9 | Of | 13 | Date: | 8-12-10 | Time: | 1159 |
| Description: | This view looking was taken of the north or downhill side of Lakefront Road.  Note hillside cracked and sliding downhill toward Greers Ferry Lake.  This area is approximately 125-150 yards wide. | | | | | |



| Photographer: | Mike Kennedy | | | Witness: | None | |
|---|---|---|---|---|---|---|
| Photo # | 10 | Of | 13 | Date: | 8-12-10 | Time: | 1200 |
| Description: | Another view of picture #9.  Note trees being pushed downhill along with the sediment. | | | | | |

PLTF 125

**164**

### Water Division NPDES Photographic Evidence Sheet

| Location: | Approx. 6 miles southwest of Greers Ferry, AR. off Highway #16 on Lakefront Road   (Cleburne County) | | | | |
| --- | --- | --- | --- | --- | --- |
| Photographer: | Mike Kennedy | | Witness: | None | |
| Photo # | 11 | Of | 13 | Date: | 8-12-10 | Time: | 1158 |
| Description: | A view of the downhill slide area from the opposite direction looking from east to west. | | | | |



| Photographer: | Mike Kennedy | | Witness: | None | |
| --- | --- | --- | --- | --- | --- |
| Photo # | 12 | Of | 13 | Date: | 8-12-10 | Time: | 1159 |
| Description: | Another view of picture #11,  Note trees almost pushed down. | | | | |

**Water Division NPDES Photographic Evidence Sheet**

| Location: | Approx. 6 miles southwest of Greers Ferry, AR. off Highway #16 on Lakefront Road   (Cleburne County) | | | | |
|---|---|---|---|---|---|
| Photographer: | Mike Kennedy | | Witness: | None | |
| Photo # 13 | Of 13 | | Date: 8-12-10 | Time: | 1159 |
| Description: | This view looking downhill to the north from Lakefront Road shows Greers Ferry Lake in the background | | | | |



PLTF 127

## WATER DIVISION NPDES COMPLAINT REPORT

| | |
|---|---|
| GPS LOCATION: | AFIN:  None |
| | PERMIT#:  None |
| DATE RECEIVED:  August 11, 2010 | COUNTY:  Cleburne |
| COMPLAINANT NAME:  Ruth Mitchell | COMPLAINT AGAINST:  Unknown Gas Company |
| ADDRESS: 1191 Lakefront Road<br>            Quitman, AR 72131 | ADDRESS:  Unknown |
| PHONE:  501-590-8840 | PHONE:  N/A |

### TRACKING & REFERRAL INFORMATION

| | | | |
|---|---|---|---|
| PERSON RECEIVING REPORT:<br>   Eric Fleming | DATE:<br>8-11-10 | SUPERVISOR REFERRAL: | DATE: |
| INSPECTOR REFERRAL: | DATE: | MEDIA SUPERVISOR REFERRAL: | DATE: |
| PHONE REFERRAL CONTACT: | DATE: | RECEIVING INSPECTOR:<br>   Mike Kennedy | DATE:<br>8-11-10 |

COMPLAINT RECEIVED BY: ☐PHONE ☐LETTER ☐VERBAL ☐INTERNET ☑E-MAIL

### DETAILED DESCRIPTION

Complainant alleged that a seep was coming from a hillside that near her property and she believes that the water is Frac Water or some other contaminated water associated with the drilling of the gas wells on top of the mountain from her home.

### LOCATION

Physical Address: 1191 Lakefront Road approx. 4.5 miles east of Highway #16 and approx. 6 miles southwest of Greers Ferry Arkansas. The area is approx. 2/10 to ¼ mile north of Greers Ferry Lake.

PREVIOUS COMPLAINT: ☐YES ☑NO  DATES:

DISCHARGE TO STREAM: ☐YES ☑NO  NAME OF STREAM:  Greers Ferry Lake

### INVESTIGATION

| | |
|---|---|
| INSPECTOR:<br>   Mike Kennedy | DATE:<br>   August 12, 2010 |

| ACTION TAKEN: | PHOTOS TAKEN: ☑YES ☐NO |
|---|---|

   The Inspector arrived at the site and observed a cleared area on both sides of Lakefront Road. The south or uphill side of the road was approx. 125-150 yards long and cleared to bare ground uphill from the road for approx. 90-100 feet. The downhill or north side of the road was approx. the same distance in length and approx. 100 yards or so downhill. The area was also was cleared to bare ground. Greers Ferry Lake is located approx. 600 feet or more from where the cleared area stops. The mountain side had broken loose and shifted downhill, because power lines have been moved as well as water and sewer lines.

   On the uphill side of Lakefront Road coming from above the cleared area, the Inspector observed at least 4 areas where water was seeping down the mountain. The Inspector climbed up the mountain side to get a closer look at the seeps. The water appeared clear with no odor or discoloration. The Inspector determined the water to be seep water from the mountain and was not able to determine if the water was associated with the gas wells being drilled on top of the mountain.

   This situation has already been addressed by the Arkansas Oil and Gas Commission performing 3 separate tests of the water around this area and not finding any violations of water quality standards for Oil and Grease, Chlorides and Total Dissolved Solids as stated by Mr. Jay Hansen, of the Arkansas Oil and Gas Commission.

   The cleared areas both uphill and downhill off of Lakefront Road having no basic management practices installed to prevent any erosion or sediment from washing toward Greers Ferry Lake is a violation of the Arkansas Water and Air Pollution Control Act (8-4-217) a, 2.

### FURTHER ACTION:

A Memo along with the Complaint Investigation will be forwarded to A.D.E.Q. Field Services Branch Manager, Water Division, Eric Fleming.

| SIGNATURE:   *Mike Kennedy*   Mike Kennedy | DATE: August 13, 2010 |
|---|---|

PLTF 128

December 14, 2010

TO:     Commissioners, Diamond Bluff Improvement District #1

        PO Box 10, Broken Arrow, OK  74014

RE:     Your letter of November 29, 2010, regarding the $375. Payment due as a special assessment.


Unfortunately, as out-of-state property owners, we were not aware of the revised ADEQ permit requirements or the non-compliance issues of the current treatment system that serves the Diamond Bluff area, including our lot, # 153.  Therefore we were surprised when we received your letter yesterday, and we have a few questions.

1. The letter states that 73 platted lots will share in the required improvements or potential replacement of the treatment system.  Are there any non-platted lots, or other properties that are also being served by the current system ?
2. Are all 73 lots paying the same fee amount ?
3. 73 lots x $375. = $27,375 in funds received.  The currently projected cost estimates identified in the letter are: $5,000 assessor, $3,500 attorney, and $700 per month for White River Environmental  operational fees . Can you please provide a breakdown of the other costs that make up the $27,375 in special assessments that will be collected ?
4. You also refer to this assessment total as the "minimum".  Is there any cost information or total estimate available now that would provide the potential maximum of this work ?  Are there more special assessments that will likely be required, in the near future ?
5. Can we expect our property taxes to increase as a result of the assessment that you are planning ?
6. And, out of curiosity, ... why is the address for the Diamond Bluff Improvement District, and the address for collecting the special assessment payments, in  Broken Arrow, OK ?

We certainly appreciate the importance of this system, and want to support the value of our property and the condition of the lake.  We appreciate the work of the commissioners, and we look forward to your reply regarding our questions above.

Please feel free to contact me directly with any questions or information.


Sincerely,

Doug & Debbie Stanley,  owners Lot 153

3s611 Landon Drive,   Warrenville, IL  60555

Cell 630.235.6595



Ex. 21

As we are still receiving emails and updates from Bill Shumann, and others – please send me a note and let me know when you send the FOI request to the District, so that I have a heads-up.

There are a lot of vacant lots for sale in the area – many through Brawley Realty (Capps property).  At the top of the mountain, on Diamond Bluff Drive, there are new areas that are starting to be developed and offering lots for sale, on top of the hill over looking the lake.  I will forward photos of the new Plat area, and the signs offering lots.

We also learned that "Paradise Point Drive" is also a development of lots sold by Capps.  There are about 5 or 6 older homes on that street, which tees right off from Lakefront Road.  We heard that Capps said he is not going to do any further development of lots on Lakefront Road, due to the chance of causing slides.  But – we also heard in that same conversation that he wants to sell the remaining property (to another developer, most likely, and there is no reason another developer would purchase that property unless they were going to develop it.  Unless Capps is just going to sit on the remaining property that is across the road and 'up-hill' from the homes on Lakefront Road.  That is all pretty steep, however a local builder has now built two homes on that side of Lakefront Road (one for him, one for his son)  those are the only two homes on the other side of Lakefront Road.

We took a lot of photos and video, of the street, the landslide, the water pipes on top of the ground still, the entire area.  And we are in the process of recording all our notes from the trip – a lot of info.

If you have any specific questions – please let us know.  We can set-up a time for a conference call as needed, to update.

Doug & Debbie

(below is the email text from Bill Shumann, with the answers to my questions from Dec 2010)
    Doug and Debbie, it was good meeting you today. We hope you have a nice and productive stay in the lake area and that you reach the decision to build on Lot 153.

    Based on our discussion, I went through the files provided by the Capps family and found your letter of December 16, 2010. We are sorry you did not get a response earlier.

    In answer to your questions:

    1. The water treatment plant only serves the 73 platted lots on Paradise Point and Lakefront Roads. The Capps family have advised that there are no plans for additional lots to be platted on Lakefront Road. We consider the Paradise Point and Lakefront Road section of Diamond Bluff Estates to be a completed development.

    2. All of the 73 lots are paying the same $375 special assessment fee. This ensures fair treatment for all of the property owners since the water treatment plant enhances the value of each of the lots.

    3. The $27,375 assessment is based on the following:

        . Assessor fees - $5,000 (this provides a professional non biased assessment of improvement district property values)
        , Attorney fees - $3,500 (in the past, the Capps' family attorney handled legal issues for the improvement district)
        . Plant Upgrade - $15,400 (this work has been completed and paid for)

. The remaining $3,475 covers the projected need for a second equipment building at the water treatment plant plus it will be used for line repair, etc.

The $700 monthly fee for White River Environmental is covered in the annual connection fee for the system.

4. There is no way to estimate the "maximum" cost of facility upgrade over time. We believe the special assessment will cover our needs for the foreseeable future. This is contingent upon the results of discharge water testing to ensure the facility is in compliance with ADEQ. The $3,475 (above) relates to this.

5. The Improvement District work will not impact on property tax rates. It helps maintain the value of property - it does not add to property values.

6. Charles Capps is seriously ill and asked his daughter, Annette Capps, to become involved with business administration for Diamond Bluff Estates. Annette Capps lives in Broken Arrow, OK. She is no longer involved in the Improvement District. The commissioners for the improvement district are Lance Berryhill, Carl Samuels, and Bill Shumann,

The commissioners now make all operational and financial decisions for the improvement district. Lance Berryhill has a professional background in the operation of improvement districts in the state of Tennessee. Carl Samuels owns and operates a construction business in Little Rock. I am the Treasurer for the district and have an extensive financial background with a major corporation. We form a good working team.

The commissioners are not compensated for this work supporting all of the property owners.

If you have additional questions, please let us know.

Regards.

Bill Shumann

090

Exhibit 16

Re FW Lakefront road slide, Ruth, Bill S.
Debbieanddoug@comcast.net

From: Ruth Mitchell [mailto:mvllc@swbell.net]
Sent: Friday, May 27, 2011 1:59 PM
To: 'Doug and Debbie'
Subject: RE: Lakefront road slide


Ruth Mitchell
Cell: 501-590-8840
E-mail: mvllc@swbell.net

Hi neighbors. Forgive me for taking so long to respond. Yes, there is a serious slide. Our water
and sewer lines have been above ground for 2 years now. The developer and the county have
done little to restore the situation. We can still get to our house, but our resale value is nil.

The assessment for the sewer is yet another matter. Most of the neighbors did not pay the extra
money. The developer, now that the plant is old and not meeting requirements by the ADEQ,
wants the "Improvement District" to take over responsibility of the operation.

I don't know what side of the slide your property is on, but there is a mailing list you would
probably like to be on. Contact Bill Shumann: wjshumann@gmail.com to get on the list.

Hope to meet you sometime.

Ruth




Hi Ruth,

My name is Doug Stanley.  My wife Debbie and I own Lot 153 on Lakefront Road in Diamond
Bluff.  We purchased the lot in the spring of 2006, and have not yet built anything on it.

I have been exchanging emails with Dave Hill at Brawley Real Estate this morning, and he
informed us that there was a landslide on the road, about 2 years ago (?).

We were aware of a sewer line problem (we received a request for extra $, which we sent), but
we were not aware of a landslide that caused problems with the road and some homes on the
street.

When I looked on-line for information about a landslide, I see stories and photos of a slide in
2005 near Stevens Point / Fairfield Bay, but I did not find any news of a recent slide on
Lakefront Road.

PLTF 137

091

Re FW Lakefront road slide, Ruth, Bill S.

Dave suggested that I contact you about the issue, that you knew the most about the problem.

Whenever you might have a chance, .. we would really appreciate any information you could pass
on, and also getting your thoughts on the situation there.

Thanks in advance, for your time,
Doug


Doug & Debbie Stanley
Warrenville, IL

Page 4

PLTF 138

092

Re FW Lakefront road slide, Ruth, Bill S.
From:   Bill Shumann [wjshumann@gmail.com]
Sent:   Tuesday, May 31, 2011 2:01 PM
To:     Doug and Debbie
Subject:    Re: FW: Lakefront road slide

Doug, I am not in agreement with Ruth's comments in the attached e-mail. She is a dear
friend however.

There have been about six slides on the mountainsides at various points around the lake. Most
of these appear to date back to a very high rainfall (11" in eight hours) that we had in the spring
of 2008. The slide on Lakefront Road has been repaired but the damaged section of the road has
not been repaved as there is still some ground movement. The water and sewer pipes are above
ground due to the movement to avoid line breakage. We expect to have the lines back under
ground soon.

The neighbors are not happy about having to drive over the unpaved section due to dust,
bumps, etc. The road is completely passable - just a little inconvenient. The County Highway
Department comes out to grade and put gravel on the road every few weeks. We also have a full
time man who works for Diamond Bluff Estates who helps out with the road and the water and
sewer lines as required.

The landslide has hurt resale values in the area but it has not taken them to "nil". We are
working with the County Judge to get the road paved and this is expected to happen after we
have some dry weather for a spell. Resale values will come back when this is all fixed. There are a
lot of very expensive houses at and beyond the landslide area - construction on two high end
houses were recently finished.

All of us still love the area and intend to stay here. We are working together to resolve the
issues.

The water treatment plant is part of a Diamond Bluff Property Owner's Improvement District
that dates back to 1983. This was set up by the Developer, Charles Capps, and It has been owned
by the property owners since that time as outlined in State of Arkansas law. Mr. Capps
subsidized the operation of the facility up until this year and the property owners are now being
asked to contribute so the plant will meet new (higher) federal standards required to maintain
clean lake water. Mr. Capps is seriously ill and is much less involved in the development. We do
not expect any more lots to be platted on Lakefront Road.

About 85% of the property owners have paid the special assessment to date. The
funds generated are being used for engineering work required for updating the water treatment
plant and to some extent for maintenance. We will be collecting the delinquent
Page 1

PLTF 139

093

Re FW Lakefront road slide, Ruth, Bill S.

assessments in the
near future as mandated by law. Assessment non payment is just like non payment of property
taxes. The folks that have not paid just have to get over the fact that Charles
Capps is no longer
subsidizing the facility. Everything Mr. Capps is doing is above board and within
the law. We
have three Commissioners who now manage the facility for Cleburne County Arkansas. The
Commissioners are Diamond Bluff property owners who live on Lakefront Road. These are non
paying jobs.

The water treatment plant updates will be financed over a long term basis in order to reduce
the need for property owner's assessments.
Based on other developments in the area, Diamond Bluff water treatment costs are and will
continue to be relatively low.

I will be pleased to add you to our distribution list for Diamond Bluff
Property Owners. I
need a telephone number where you can be reached - some of the property owners list telephone
numbers for both spouses. I can list an e-mail for Debbi if you want. You need to agree not to
share the contact information with anyone outside Diamond Bluff and we ask that you set up a
distribution list for Diamond Bluff in your computer so you can pose questions and/or raise issues
with the group as we now are doing. We send out updates and notices as appropriate and try to
keep the e-mail traffic low.

I hope to meet you all one of these days. If you have questions and would prefer to discuss
them over the phone, call 501-825-6516.

My wife Judy and I own the next to last house on Lakefront Road. We are well past the slide
area and live next to Ruth and Mitch.

Regards.

Bill Shumann


On Tue, May 31, 2011 at 8:42 AM, Doug and Debbie <debbieanddoug@comcast.net> wrote:
Hi Bill,

Can you please add us to your mailing list, per Ruth's suggestion below.  We are trying to
understand what is happening now in the area, so getting any previous messages that were sent
out would be much appreciated.  We don't have much information at all, but understand that
there are several problems on Lakefront road.

Thanks,
Doug Stanley
Cell 630.235.6595

Page 2

PLTF 140

094

Re FW Lakefront road slide, Bill S, other comissioners

From:    Bill Shumann [wjshumann@gmail.com]
Sent:    Wednesday, June 01, 2011 10:45 AM
To:      Doug and Debbie
Subject:      Re: FW: Lakefront road slide

We should be available on June 24th. Let us know your ETA.

Charles Capp's daughter, Annette Capps, lives in Oklahoma and she has been handling most
of the Diamond Bluff accounting and correspondence for the past several years due to Charles'
illness. We have now taken part of this work over and I am the Treasurer and a Commissioner for
the Diamond Bluff Property Owner's Improvement District. Charles resigned as a Commissioner
due to health reasons.
The other two Commissioners are Lance Berryhhill and Carl Samules who are property owners as
well.

If you have any additional questions, please send them to me. Feel free to communicate
directly with Lance or Carl as well.

I will add you and Debbie to the listing and will send it to you this afternoon.

Regards.

Bill


On Tue, May 31, 2011 at 3:36 PM, Doug and Debbie <debbieanddoug@comcast.net> wrote:
Bill, thank you very much.  We are trying to understand the situation and current status, and this is
more information than we have been able to obtain in a month or two - much appreciated.  We
contacted 4 or 5 different real estate broker firms in the area a month or so ago, to try to find out
what happened and what is currently going on, but we have not had much reply at all.  I have also
not been able to find any information about the Lakefront Road slide on-line.  I also checked the
Diamond Bluff facebook page a few weeks ago but it seems that is not really being used.

We did get the request for additional funds from Diamond Bluff.  I originally responded to that
request (from Oklahoma) with a letter and list of questions Debbie and I have, but we never did
receive any reply to our letter or our questions.   After a little while, we did then send the extra
money as requested, even though we got no response to our questions.

I have not been able to travel over the past month, but we are going to come visit on June 23rd and
24th.  If you are available, it would be great to meet you and chat a little over coffee or lunch -
please let us know if you might be available and would have some time to talk on Friday June 24th.


Thanks again,

Page 1

PLTF 141

095

Mrs. Mitchell,

In response to your request for an adjustment of property assessments on
homes affected by the road damage in Diamond Bluff Estates.
I have found no market data from the area that would indicate an amount
that the properties would need to be adjusted, or that an adjustment is
needed. However, I feel that the current condition of the road and the
damage to the homes have created a negative environment for home sales in
the area.

I have decided to continue the current adjustment of -50% on the total
appraised value of the lots and to also include an adjustment of -50% on the
total appraised value of the dwellings until conditions improve.
Home owners affected by the adjustment will receive a notice of change in
assessment by mail.

Thank you,

*Karen Reed*   7/19/12

Karen Reed, Cleburne County Assessor

KAREN MURPHREE REED
CLEBURNE COUNTY ASSESSOR

Mrs. Ruth Mitchell
1191 Lakefront Rd
Quitman, AR 72131

Ex
22

255

Lakefront Road Landslide Area, road test bore holes

From:     Bill Shumann [wjshumann@gmail.com]
Sent:     Sunday, August 21, 2011 10:15 AM
To:       Aaron Walters; Bill Haney; Bill Mayfield; Bill Shumann; Bob Bailey;
Brad Baltz; Brad Deutsch; Brian Janz; Carl Samuels;
ccapps@ozarkisp.net; Chris Woods; Chuck Looney; Dale Calhoon; David
Dunn; Dean Roberts; Doug Stanley; Dow Worshan; James Mitchell; Jim
Cone; Jim Davis; Jim Enterline; JJ Childers; Joan Cash; Joe Douglas; John
Daly; Lance Berryhill; Len Uecker; Lisa Janz; Michael Owens; Randy
Willhite; Rick Maguire; Rick Van Grouw; Ron Davis; Ruth Mitchell; Sally
Dawson; Sarah Hays; Steve Kramer; Terry Sherwood; Vernon Riggins;
Wayne Gibbs
Subject:       Water Treatment Plant and Lakefront Road Landslide Area

    The latest report we have received from Arkansas Testing Laboratories indicates
the
improvements recently completed to the water treatment plant have resulted in
significant
improvement in discharge test results. The phosphorus content readings are still
slightly high and
it is recommended that property owners utilize laundry detergents with low or no
phosphorus
content when possible. This will help us remain compliant with ADEQ standards.
Overall, the
news is very good on the water treatment plant.

    Test bore holes were recently drilled in the low section of Lakefront Road in
the landslide
area. Core samples are being evaluated by soil engineers to determine the best
process to be used
to stabilize the area. The two drillings hit shale at about 16 feet and reached hard
ground/rock at
about 21 feet. We are talking with the county judge about excavating material from
the roadbed
down to the hard surface and filling the void with large rock that will allow water
to pass
through. We will keep you advised on this.

    Please help with using low phosphorus detergent in the future. This will help
us avoid
additional expenditures on the plant during the foreseeable future.

    Shu



PLTF 150

188

Lakefront Road Issues, Carl Garner

From:    Bill Shumann [wjshumann@gmail.com]
Sent:    Monday, October 03, 2011 7:23 PM
To:      Aaron Walters; Allen Shaver; Bill Haney; Bill Mayfield; Bill Shumann;
Bob Bailey; Brad Baltz; Brad Deutsch; Brian Janz; Carl Samuels; Chris
Woods; Chuck Looney; Dale Calhoon; David Dunn; Dean Roberts; Doug
Stanley; Dow Worshan; James Mitchell; Jim Davis; Jim Enterline; JJ
Childers; Joan Cash; Joe Douglas; John Daly; Lance Berryhill; Len
Uecker; Lisa Janz; Margret Valentine; Michael Owens; Randy Willhite;
Rick Maguire; Rick Van Grouw; Ron Davis; Ruth Mitchell; Sarah Hays;
Steve Kramer; Terry Sherwood; Vernon Riggins; Wayne Gibbs;
ccapps@ozarkisp.net
Subject:         Lakefront Road Issues

    This is an update on two issues:

    1. The soil engineer, Carl Garner, should have filed his report with the County
Judge today.
We plan to meet with her later this week to discuss work on the landslide area of
Lakefront
Road. Charles Capps has indicated he would allow the county to place the removed
material
from the roadbed near his burn pile area which is located at the lower end of the
hill section of
the road. Hopefully this will provide the county with a lower cost alternative
versus moving the
material to some off-site location. Road work funding is an issue with County.

    2. First Electric has completed the removal of dead trees from the lower
portion of Lakefront
Road. They are now working on Paradise Point Road.
The job Foreman indicates he expects to be finished in Diamond Bluff by the end of
this week.
So far, it looks like a job well done.

    Shu

PLTF 151

189

Lakefront Road, hole opened up

From:    Bill Shumann [wjshumann@gmail.com]
Sent:    Friday, October 07, 2011 1:40 PM
To:      Aaron Walters; Allen Shaver; Bill Haney; Bill Mayfield; Bill Shumann;
Bob Bailey; Brad Baltz; Brad Deutsch; Brian Janz; Carl Samuels; Chris
Woods; Chuck Looney; Dale Calhoon; David Dunn; Dean Roberts; Doug
Stanley; Dow Worshan; James Mitchell; Jim Davis; Jim Enterline; JJ
Childers; Joan Cash; Joe Douglas; John Daly; Lance Berryhill; Len
Uecker; Lisa Janz; Margret Valentine; Michael Owens; Randy Willhite;
Rick Maguire; Rick Van Grouw; Ron Davis; Ruth Mitchell; Sarah Hays;
Steve Kramer; Terry Sherwood; Vernon Riggins; Wayne Gibbs;
ccapps@ozarkisp.net; Bruce Harper
Subject:        Lakefront Road

   A small hole has opened up in the middle of Lakefront Road in the landslide
area. One of the
neighbors put the "caution" sign in the hole in case it is the start of a cavity in
the roadbed that
could open up and damage a car or cause an accident. This hole made be the result of
the core
drilling that was recently completed in the roadbed.

   We will alert the County Road Department on Monday to get repairs made. We
suggest that
you drive to the side of the road when passing the caution sign this weekend.

   Shu

PLTF 152

**190**

water pres probs, Nov2011

From:    Bill Shumann [wjshumann@gmail.com]
Sent:    Tuesday, November 29, 2011 12:29 PM
To:      Aaron Walters; Allen Shaver; Bill Haney; Bill Mayfield; Bill Shumann;
Bob Bailey; Brad Baltz; Brad Deutsch; Brian Janz; Carl Samuels; Chris
Woods; Chuck Looney; Dale Calhoon; David Dunn; Dean Roberts; Doug
Stanley; Dow Worshan; James Mitchell; Jim Davis; Jim Enterline; JJ
Childers; Joan Cash; Joe Douglas; John Daly; Lance Berryhill; Len
Uecker; Lisa Janz; Margret Valentine; Michael Owens; Randy Willhite;
Rick Maguire; Rick Van Grouw; Ron Davis; Ruth Mitchell; Sarah Hays;
Steve Kramer; Terry Sherwood; Vernon Riggins; Wayne Gibbs;
ccapps@ozarkisp.net
Subject:       Re: Tree Work

    Mountain Top Water has three trucks here today trying to find the water leak
that has lowered
water pressure.

    The County Road Crew is currently working on the landslide area of Lakefront
Road but is
only maintaining what we currently have. The County Judge confirmed yesterday that
the county
will take over maintenance of the last section of Lakefront Road between Mitchell's
and the
Baltz house in December.

    DBID is in the process of burying the sewer line through the landslide area.
Mountain Top
Water indicates they will bury the water line in the Spring.

    Regards to all.


On Tue, Nov 29, 2011 at 7:38 AM, Richard Maguire <rjmaguire100@gmail.com> wrote:
We still have low water pressure although Mtn Top water was here yesterday and they
claim they
were out last week for several days.  We will call them again.

Rick

PLTF 153

Water pron Nov29,2011

From:     Bill Shumann [wjshumann@gmail.com]
Sent:     Tuesday, November 29, 2011 6:16 PM
To:       Aaron Walters; Allen Shaver; Bill Haney; Bill Mayfield; Bill Shumann; Bob
Bailey; Brad Baltz; Brad Deutsch; Brian Janz; Carl Samuels; Chris Woods;
Chuck Looney; Dale Calhoon; David Dunn; Dean Roberts; Doug Stanley; Dow
Worshan; James Mitchell; Jim Davis; Jim Enterline; JJ Childers; Joan Cash; Joe
Douglas; John Daly; Lance Berryhill; Len Uecker; Lisa Janz; Margret
Valentine; Michael Owens; Randy Willhite; Rick Maguire; Rick Van Grouw;
Ron Davis; Ruth Mitchell; Sarah Hays; Steve Kramer; Terry Sherwood;
Vernon Riggins; Wayne Gibbs
Subject:          Water

    Mountain Top Water repaired the leak in the line serving Lakefront Road and
turned the
water back on at 6:05 PM tonight. It will take some time for the pressure to build
back up to
normal.

PLTF 154

**192**

Re Water out 11.30.11
From:    James (Mitch) Mitchell [j_mitch@swbell.net]
Sent:    Wednesday, November 30, 2011 12:37 PM
To:      Bill Shumann; Aaron Walters; Allen Shaver; Bill Haney; Bill Mayfield;
Bob Bailey; Brad Baltz; Brad Deutsch; Brian Janz; Carl Samuels; Chris
Woods; Chuck Looney; Dale Calhoon; David Dunn; Dean Roberts; Doug
Stanley; Dow Worshan; Jim Davis; Jim Enterline; JJ Childers; Joan Cash;
Joe Douglas; John Daly; Lance Berryhill; Len Uecker; Lisa Janz; Margret
Valentine; Michael Owens; Randy Willhite; Rick Maguire; Rick Van
Grouw; Ron Davis; Ruth Mitchell; Sarah Hays; Steve Kramer; Terry
Sherwood; Vernon Riggins; Wayne Gibbs
Subject:       Re: Water

Thanks for the report Bill
I tried to call you, Bill, but got a report your number was not working.
Anyway as of early this AM no water in pipes. we called Mountain Top about 6:00AM
and they
were working on it.
We installed a 125 gal reserve tank in our basement just in case we loose the line
due to the road
issues again.
Ruth is there today but will be out some because her phone died last night and
she'll be out to
some to get it fixed.

Please come over, with container in hand, and we will share what we have.  Most
modern toilets
only take a little over a gal. to flush.

James (Mitch) Mitchell

James Mitchell Architects, Inc.
Ste. 3 / 510 W Main St
Heber Springs, AR 72543-3037

j_mitch@swbell.net
office: 501-362-1653
cell: 501-590-1798


From: Bill Shumann <wjshumann@gmail.com>
To: Aaron Walters <aaronwalters@hotmail.com>; Allen Shaver
<allen72032@sbcglobal.net>; Bill Haney
<billyjo@suddenlink.net>; Bill Mayfield <william1@ozarkisp.net>; Bill Shumann
<wjshumann@gmail.com>;
Bob Bailey <bob.bailey1958@gmail.com>; Brad Baltz <bpbs165@yahoo.com>; Brad Deutsch
<mrbart.deutsch@yahoo.com>; Brian Janz <brian.d.janz@gmail.com>; Carl Samuels
<samco56@yahoo.com>; Chris Woods <cwoods@chriswoodsconstruction.com>; Chuck Looney
<looney.jill@yahoo.com>; Dale Calhoon <dcalhoon@aol.com>; David Dunn
<david@forrestcitychamber.com>; Dean Roberts <robertsdeanw@yahoo.com>; Doug Stanley
<debbieanddoug@comcast.net>; Dow Worshan <dow@dowservices.com>; James Mitchell
<j_mitch@swbell.net>; Jim Davis <icgreat@yahoo.com>; Jim Enterline
<jimwynent@gmail.com>; JJ
Childers <jj@jjchilders.com>; Joan Cash <jcash@ritternet.com>; Joe Douglas
<judithhankins@comcast.net>; John Daly <dalyj@cox.net>; Lance Berryhill
<jlberryhill@jimstankservice.com>; Len Uecker <lenpat123@localnet.com>; Lisa Janz
<lmjanz@gmail.com>; Margret Valentine <marge1065@yahoo.com>; Michael Owens
<looncove@bellsouth.net>; Randy Willhite <randy.willhite@iciwireless.com>; Rick
Maguire
<rjmaguire100@gmail.com>; Rick Van Grouw <rvg@rvgmd.com>; Ron Davis
<mrondavis@hotmail.com>;
Ruth Mitchell <mvllc@swbell.net>; Sarah Hays <sarah@rvgmd.com>; Steve Kramer
<steveakramer@yahoo.com>; Terry Sherwood <terry.u.sherwood@gmail.com>; Vernon

PLTF 155

                                    Re Water
From:    Bill Shumann [wjshumann@gmail.com]
Sent:    Wednesday, November 30, 2011 12:29 PM
To:      Lance Berryhill
CC:      Aaron Walters; Allen Shaver; Bill Haney; Bill Mayfield; Bob Bailey; Brad
Baltz; Brad Deutsch; Brian Janz; Carl Samuels; Chris Woods; Chuck
Looney; Dale Calhoon; David Dunn; Dean Roberts; Doug Stanley; Dow
Worshan; James Mitchell; Jim Davis; Jim Enterline; JJ Childers; Joan
Cash; Joe Douglas; John Daly; Len Uecker; Lisa Janz; Margret Valentine;
Michael Owens; Randy Willhite; Rick Maguire; Rick Van Grouw; Ron
Davis; Ruth Mitchell; Sarah Hays; Steve Kramer; Terry Sherwood;
Vernon Riggins; Wayne Gibbs
Subject:        Re: Water

     Thanks Lance.

     We continue to have water pressure issues and Bruce Harper found a major leak
in the water
line near the landslide area just east of Russenberger's house. This is currently
being repaired and
Mountain Top Water expects service to be back on by early afternoon. They are
checking the
entire length of the line due to low water pressure experienced over the past
several days.




On Wed, Nov 30, 2011 at 11:30 AM, Lance Berryhill <jlberryhill@jimstankservice.com>
wrote:
Thanks for staying on top of this Bill! You have been a great neighbor and help to
Diamond
Bluff. I just wanted to take opportunity to let our other neighbors know how
tirelessly you labor
with not only this but your commissioner duties as well.

Thank You,
J. Lance Berryhill
Chief Manager
P 901.357.7237
F 870.732.2029
www.jimstankservice.com

EPA, DOT, OSHA, & OSRO Certified

From: Bill Shumann [mailto:wjshumann@gmail.com]
Sent: Tuesday, November 29, 2011 6:16 PM
To: Aaron Walters; Allen Shaver; Bill Haney; Bill Mayfield; Bill Shumann; Bob
Bailey; Brad Baltz; Brad
Deutsch; Brian Janz; Carl Samuels; Chris Woods; Chuck Looney; Dale Calhoon; David
Dunn; Dean Roberts;
Doug Stanley; Dow Worshan; James Mitchell; Jim Davis; Jim Enterline; JJ Childers;
Joan Cash; Joe Douglas;
John Daly; Lance Berryhill; Len Uecker; Lisa Janz; Margret Valentine; Michael Owens;
Randy Willhite; Rick
Maguire; Rick Van Grouw; Ron Davis; Ruth Mitchell; Sarah Hays; Steve Kramer; Terry
Sherwood; Vernon
Riggins; Wayne Gibbs
Subject: Water

     Mountain Top Water repaired the leak in the line serving Lakefront Road and
turned the
water back on at 6:05 PM tonight. It will take some time for the pressure to build
back up to
                                    Page 1

## <u>AFFIDAVIT OF DOUGLAS AND DEBORAH STANLEY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT</u>

Deborah and Douglas Stanley on oath state that the following statements are made on their personal knowledge and are true to the best of their knowledge and belief:

1.  We are married and live in Warrenville, Illinois

2.  In 2006, we began the search for a place to vacation and eventually retire in the South that was near good fishing and boating.

3.  We reviewed postings on the internet and were attracted to the Greer's Ferry Lake area and Diamond Bluff  Estates postings.

4.  We visited the Greer's Ferry Lake area in 2006 and contacted Christie Dorris of Three Chimneys Realty to help us look for property to suit our needs. She showed us property in the area including property located in Diamond Bluff Estates.

5.  After looking at other locations, we decided to make an offer on Lot 153, Diamond Bluff Estates in Cleburne County, Arkansas.

6.  During and leading up to negotiations of Lot 153 we received Owner Property Disclosures dated 2002 and 2006 which stated there had been no landslides which affected the property and no other negative problems reviled in the Owner Property Disclosures, and if any came to the attention of the sellers, Charles Capps Ministries and Charles and Peggy Capps thereafter we would be notified in writing.



7.   We decided to try to purchase Lot 153 and made an offer. Then we returned to Illinois. Our offer was modified slightly and we agreed to pay $230,000. We closed the sale, signing and returning deeds and other papers by mail. We also sent a check for the purchase price by mail and received a Warranty Deed from Charles Capps Ministries, Inc, and Charles Capps and Peggy Capps individually to Lot 153 Diamond Bluff Estates. The purchase price was $230,000 as the documents show.

8.   Due to our work schedules and other commitments we were not able to visit the property until 2011when we learned of an increased sewer assessment and made contacts with a neighbor, Ruth Mitchell, as well as with neighbor Bill Shuman, one of the commissioners of improvement of the Diamond Bluff District, which operates the sewer system that serves Lot 123 and all of Diamond Bluff Estates when it is working.

9.   We have had no communications from the sellers, Charles Capps Ministries Inc, Charles Capps, or Peggy Capps since our purchase and this date about any changes in the representations of the property included in the Owner Property Disclosure. We only discovered about the landslide problems on Lakeside Road and the interruption of water and sewer and interruptions in usage of the road in 2011. We visited the property soon thereafter and saw that the road was still unpaved and all of the other areas where damage from a 2009 landslide had occurred.

10. We later learned that the landslides had been a problem on Lakefront Road for several years without our knowledge of it. We obtained reports by Carl Garner, a professional Engineer, detailing the problems of recurring landslides and the expense to prevent as much future damage

to Lakefront Road as possible given the facts that, in his opinion, the landslides will reoccur.

11. We have also received a copy of the engineering report by Oren Noble, P.E. agreeing with the conclusions reached by Carl Garner that the hillside is unstable and that landslides are likely to occur over time that would again interrupt the use of our property on Lakefront Road and the utilities that serve, water, sewer, and electricity for Lot 153.

12. We have reviewed Lakefront Road on subsequent visits to Diamond Bluff Estates and talk with neighbors and seen the damage and destruction of the Russenburger home to the West of Lot 153 by landslide in 2009. We have also been aware of efforts by Cleburne County to repair Lakefront Road that have not been successful in restoring the pavement  or restoring usage of water, sewer, and electricity to original condition.

13. We relied on the material representations made by Charles Capps Ministries Inc, Charles Capps, and Peggy Capps in the Owner Property Disclosures in making our purchase of the property. These disclosures were untrue or Charles Capps should have known that they were untrue. They are material and we have relied upon them to our detriment in purchasing  Lot 153. We believe that our lot does not have any remaining value. We have attempted to sell it, but brokers say the lot is unsalable and are unwilling to list it for sale.

14. The Cleburne County Assessor has decreased the appraised value of the lots and the homes lots on the East  end of Lakefront Road where our lot is located by 50% in value for general property tax purposes.

15. We have offered to return our lot by deed to the sellers in return for repayment of the selling price plus interest,taxes and assessments we

have paid since our purchase and costs of litigation, but our offer has been rejected.

16. As the documents attached as exhibits show,our Lot 153 is part of Diamond Bluff Estates a subdivision containing in excess of 100 lots that was developed beginning in the 1980s under common development plan.

17. We received no property report or other information from the Sellers or their agents showing that there had been any independent review or examination of the stability of the property on Lakefront Road or the road prior to our purchase.

Dated this 13th day of April, 2013

VERIFICATION

STATE OF ILLINOIS
COUNTY OF Du Page

   Deborah Stanley, of lawful age, upon oath states that the statements in the foregoing Affidavit of Deborah and Douglas Stanley are true and correct to the best of her knowledge and belief.

_Deborah Stanley_

                                          Deborah Stanley

Subscribed and sworn to me this 13th day of April, 2013.

                                          Notary Public

My commission expires Feb 14th, 2017.

> OFFICIAL SEAL
> MARICRUZ ARIAS
> Notary Public - State of Illinois
> My Commission Expires Feb 14, 2017